JOHANNA DONOHUE, Respondent, *v.* SUSAN R. KENDALL et al., Appellants.

(Submitted January 26, 1885; decided February 10, 1885.)

18 J♦S 386 *affirmed*

*W. McDermot* for appellants.

*Peter Mitchell* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

CATHARINE MURPHY, as Administratrix, etc., Respondent, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant.

(Submitted January 26, 1885; decided February 10, 1885.)

19 Wkd Dig 414 *affirmed*

*Norris Morey* for appellant.

*Charles F. Tabor* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

SUSAN LENHART, as Administratrix, etc., Respondent, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant.

(Argued January 26, 1885; decided February 10, 1885.)

19 wrc Dig 17 *affirmed*

*E. O. Sprague* for appellant.

*W. F. Worthington* for respondent.

*Per Curiam* mem. for affirmance upon opinion below.
All concur.
Judgment affirmed.